**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2026 SEP -1 P 2: 13

**ALP,**
Plaintiff,

v. Case No. **2:25-cv-17749-BRM**

**EDLOW,**
Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Cem Alp, appearing **pro se**, hereby gives notice that Plaintiff voluntarily dismisses this action **without prejudice**, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(i)**.

Plaintiff respectfully requests that this action be closed and that any pending proceedings or hearings concerning the dismissal of this matter be terminated as moot.

Respectfully submitted,

**Cem ALP**
Pro Se Plaintiff

Date: September 1, 2026

Signature: ______________________

**Cem ALP**
30 Whipple Road
Wayne, NJ 07470
Phone: 7325128426

SO ORDERED: ______________________

DATED: 8 Sep 2026